# In the United States Court of Federal Claims

No. 14-437C
(Filed: September 21, 2015)

| | |
|---|---|
| TWANYA L. BRASS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| THE UNITED STATES, | ) ) ) |
| Defendant. | ) ) |

**O R D E R**

Pursuant to the parties' request in their September 18, 2015 joint status report (ECF No. 28), the above captioned action is **DISMISSED** with prejudice. The Clerk of the Court shall enter judgement accordingly.

    **IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge
